Richard H. L. Osthoff, Respondent, v. The Third Avenue Railroad Company, Appellant, Impleaded with Hugh J. Grant, as Receiver of The Third Avenue Railroad Company.— Judgment affirmed, with costs. No opinion.